STATE of Missouri, Respondent,

v.

Derrick Lamont JONES, Appellant.

No. WD 59274.

Missouri Court of Appeals,
Western District.

Aug. 13, 2002.

Tara L. Jensen, Kansas City, MO, for appellant.

John M. Moris, III, Jefferson City, MO, for respondent.

Before HARDWICK, P.J., ELLIS, C.J. and HOLLIGER, J.

### ORDER

PER CURIAM.

Derrick Jones appeals the judgment and sentence entered upon his convictions for first-degree attempted robbery, second-degree murder, armed criminal action and kidnapping. In his sole point on appeal, Jones contends the trial court plainly erred in submitting a verdict-directing instruction on attempted robbery that varied from the Missouri Approved Instructions–Criminal and did not require the jury to find all of the elements for the object crime of first-degree robbery. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 30.25(b).